*Glenn A. Duhl,* in opposition.

Decided November 3, 2005

STATE OF CONNECTICUT *v.* RICHARD HAMLIN

*Adele V. Patterson,* assistant public defender, in support of the petition.

*Christopher T. Godialis,* senior assistant state's attorney, in opposition.

Decided November 3, 2005

STATE OF CONNECTICUT *v.* MARCOS C. DOUROS, JR.

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 548 (AC 24964), is denied.

*Adam A. Laben,* special public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 714 (AC 25252), is denied.